# Exhibit 1

# Commonwealth of Massachusetts
## Clinton District Court
300 Boylston Street
Clinton, MA 01510
(978) 368-7811

Tea 4 USA, LLC ,
_____
PLAINTIFF(S),

CIVIL NO. 2568CV 00017 EF

v.
T Force Freight, Inc., And
Global Tranz Enterprises, Inc.
_____
DEFENDANT(S)

**SUMMONS**

THIS SUMMONS IS DIRECTED TO    T Force Freight, Inc.    .
                                                    (Defendant's name)

1. **This Notice is to inform you that you are being sued.** The person or business suing you is known as the Plaintiff. A copy of the Plaintiff's Complaint against you is attached and the original has been filed in the Clinton Division of the District Court Department. You must respond to this lawsuit in writing. If you do not respond, the Plaintiff may obtain a court order requiring you to pay money or provide other relief.

2. **You must respond within 20 days to protect your rights.** In order to protect your right to defend yourself in this lawsuit, you must deliver or mail a written response called an "Answer" to both the "Clerk's Office for Civil Business, Clinton District Court, 300 Boylston Street, Clinton, MA 01510" and to the individual below:

Gregory W. Wheeler , at 15 Monument Sq, Suite 225, Leominster, MA
(name of Plaintiff or Plaintiff's attorney)        (address)                                01453

Your Answer must be delivered or mailed within 20 days from the date the Summons was delivered to you. If you need more time to respond, you may request an extension of time in writing from the Court.

3. **Your Answer must respond to each claim made by the Plaintiff.** Your Answer is your written response to the statements made by the Plaintiff in the Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. You may agree with some of the things the Plaintiff says and disagree with other things. You may also say that you do not know whether one (or more) of the statements made in the Plaintiff's Complaint is true. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer. Even if you agree that you owe what is claimed, sending an Answer will provide you with an opportunity to participate and explain your circumstances.

4. **You must list any reason why you should not have to pay the Plaintiff what the Plaintiff asks for.** If you have any reason(s) why the Plaintiff should not get what the Plaintiff asks for in the Complaint, you must write those reasons (or "defenses") in your Answer.

A true copy Attest:    Joseph P Crow
                                        2-14-25
                                        Deputy Sheriff Suffolk County

Rev. 9/2015

5. **You may lose this case if you do not send an Answer to the Court and the Plaintiff.** If you do not mail or deliver the Answer within 20 days, you may lose this case. You will have no opportunity to tell your side of the story and the Court may order that the Plaintiff receive everything requested in the Complaint. The Court may allow a motion permitting the Plaintiff take your property and/or wages. If you respond to the Complaint and appear at the hearing, you will get an impartial hearing by a judge. Even if you choose to discuss this matter with the Plaintiff (or the Plaintiff's lawyer), you should still send your Answer **within 20 days.** Even if you file an Answer, you can still reach an agreement with the Plaintiff.

6. **Legal Assistance.** You may wish to get legal help from a lawyer. **If you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.** You may also obtain information at www.mass.gov/courts/selfhelp.

7. **You can also sue the Plaintiff.** If you believe the Plaintiff owes you money or has harmed you in some way related to the lawsuit, you must describe that in your Answer. If you do not include these claims (called "Counterclaims") in your written response, **you may lose your ability to sue the Plaintiff** about anything related to this lawsuit.

8. **You or your attorney must attend all court hearings.** If you send your Answer to the Court and the Plaintiff, you will protect your rights. The Court will send you a notice telling you the date, time, and place of an impartial hearing before a judge. The judge will hear **both** sides of any arguments and schedule any additional hearings.

9. The civil number appearing on the front of this notice is the case docket number and must appear on the front of your Answer.

Witness Hon. Jon L. Revelli, First Justice on ~~February~~ 10, 20~~25~~.

(SEAL)

_____
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## RETURN OF SERVICE
(for use by person making service)

On _____, 20____, I served a copy of the within summons, together with a copy of the Complaint in this case, upon the named defendant in the following manner:

☐   Last and usual at (address)*

_____
(signature)

_____

_____
(name and title)

☐   In hand

_____
(address)

☐   Other:

*Please place date you make service in this box and on copy served on defendant and return original to this Court:*

_____

*If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and usual place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent. (G.L. c. 223, § 31).

Date Filed: 1/30/2025 2:56 PM
District Court - Clinton
Docket Number:

2568 CV00001TEF

## COMMONWEALTH OF MASSACHUSETTS

**WORCESTER, ss.**

**CLINTON DISTRICT COURT
CIVIL ACTION NO.:**



| |
|---|
| TEA 4 USA, LLC,<br>*Plaintiff*<br><br>v.<br><br>TFORCE FREIGHT, INC., and<br>GLOBALTRANZ ENTERPRISES, INC.,<br>*Defendants* |

**FILED**

JAN 30 2025

ATTEST: LEONARD F. TOMAIOLO
CLERK MAGISTRATE
CLINTON DISTRICT COURT

### COMPLAINT AND CLAIM OF TRIAL BY JURY

#### PARTIES

1.    Plaintiff Tea 4 USA, LLC is a Massachusetts limited liability company with a principal office of 160 Park Street, Clinton, MA 01510 ("Tea4USA").

2.    Defendant TForce Freight, Inc. is a foreign corporation registered to conduct business in the Commonwealth with a Registered Agent of Corporation Service Company, 84 State Street, Boston, MA 02109 ("TForce").

3.    Defendant Globaltranz Enterprises, Inc. is a foreign corporation registered to conduct business in the Commonwealth with a Registered Agent of Corporation Service Company, 84 State Street, Boston, MA 02109 ("Globaltranz").

#### FACTS

4.    TForce provides shipping services.

5.    Globaltranz is a freight broker.

6.    On or about September 14, 2023, Tea4USA arranged for the shipment of two (2) pallets of goods from Clinton, Massachusetts to a warehouse in Orange, New Jersey.

Date Filed: 1/30/2025 2:56 PM
District Court - Clinton
Docket Number:

7.    The delivery address on the Bill of Lading is Elite Global Shipping, 119 Freeway Drive, Orange, NJ 07050.

8.    Globaltranz acted as the freight broker for the shipment and brokered the freight to TForce for transport.

9.    The scheduled delivery for the shipment was September 18, 2023, and Tea4USA was subsequently informed by TForce that the delivery would be made on September 19, 2023.

10.    TForce was required to make the delivery by appointment with Elite Global Shipping which TForce failed to do.

11.    TForce delivered the pallets to a residential address rather than the location identified on the Bill of Lading.

12.    Tea4USA was informed that the delivery of its goods was signed by someone named "Debra," which was alarming to Tea4USA because no one named Debra worked at the delivery warehouse identified on the Bill of Lading.

13.    Tea4USA contacted TForce dispatch and was informed to wait for further information.

14.    Ultimately, Tea4USA was informed that the pallets were stolen. Tea4USA also learned that the TForce driver could not be located for at least three (3) days following the delivery, and TForce failed to report the theft to the police for three (3) weeks.

15.    The value of the stolen items is $18,666.66.

16.    Tea4USA made repeated efforts to recover the value of its stolen goods with Globaltranz and TForce without success.

Date Filed: 1/30/2025 2:56 PM
District Court - Clinton
Docket Number:

## COUNT I
## THE CARMACK AMENDMENT – 49 U.S.C. § 14706
### (v. Defendants)

17.   Tea4USA realleges and incorporates the preceding paragraphs.

18.   The Carmack Amendment, codified at 49 U.S.C. § 14706 ("Carmack"), imposes strict liability upon common carriers for the interstate transportation of cargo or goods that are damaged or lost in transit.

19.   A claim under Carmack may be brought in a United States District Court or in a state court in the appropriate geographic area where the carrier operates.

20.   For purposes of Carmack, Defendants are carriers that are registered to conduct business in the Commonwealth, and by virtue of their business with Tea4USA, operated in the Commonwealth of Massachusetts, County of Worcester.

21.   As alleged above, Defendants transported goods interstate from Clinton, MA to Orange, New Jersey.

22.   As alleged above, the goods were delivered to the wrong location and were stolen.

23.   Tea4USA provided Defendants with written notice of this claim identifying the shipment and its loss in a determinable amount of money.

24.   Defendants have failed to resolve this matter.

25.   Under Carmack, Defendants are strictly liable for the damage and loss suffered by Tea4USA according to its proof at trial.

## COUNT II
## BREACH OF CONTRACT
### (v. Globaltranz)

26.   Tea4USA realleges and incorporates the preceding paragraphs.

3

Date Filed: 1/30/2025 2:56 PM
District Court - Clinton
Docket Number:

27.     Tea4USA and Globaltranz entered a contract for the shipment of the goods identified above.

28.     Globaltranz breached the contract by failing to deliver the goods to the correct location that resulted in the theft of the goods.

29.     Tea4USA is entitled to damages according to its proof at trial.

## COUNT III
## M.G.L. c. 106, § 2-722
### (v. Defendants)

30.     Tea4USA realleges and incorporates the preceding paragraphs.

31.     By virtue of the allegations above, Defendants have caused actionable injury and loss to the goods shipped by Tea4USA.

32.     Under G.L. c. 106, § 2-722, Defendants are liable to Tea4USA for its injury and loss according to its proof at trial.

## COUNT IV
## NEGLIGENCE
### (v. Defendants)

33.     Tea4USA realleges and incorporates the preceding paragraphs.

34.     Defendants possessed a duty of reasonable care in the discharge of their duties on behalf of Tea4USA.

35.     Due to the acts and omissions of Defendants alleged above, Defendants failed to exercise that degree of reasonable care in the discharge of their duties, and Defendants failed to exercise due care to prevent the loss of the goods.

36.     Tea4USA is entitled to damages according to its proof at trial.

4

## COUNT V
### VIOLATION OF M.G.L. c. 93A, §§ 2 and 11
### (v. Defendants)

37.    Tea4USA realleges and incorporates the preceding paragraphs.

38.    Tea4USA is a "person" engaged in "commerce or trade" as defined by the Act.

39.    Globaltranz is a "person" engaged in "commerce or trade" as defined by the Act.

40.    TForce is a "person" engaged in "commerce or trade" as defined by the Act.

41.    The acts and practices of Defendants alleged above constitute unfair or deceptive acts or practices of the type declared unlawful under c. 93A, §§ 2 and 11, and were done willfully or recklessly, for which Tea4USA has been damaged and will continue to suffer damages.

42.    Tea4USA is entitled to monetary damages of up to three, but not less than two times, the actual damages established by its proof at trial, as well as costs and a reasonable attorney's fee. In the alternative, Tea4USA is entitled to actual damages in the absence of a finding of willful or reckless conduct engaged by Defendants.

WHEREFORE, Plaintiff Tea 4 USA, LLC. prays that this Honorable Court enter the following relief:

A.    Enter judgment in its favor on all counts;

B.    Award all costs of suit, including interest and a reasonable attorney's fee;

C.    As to Count I, impose strict liability against Defendants for its loss;

D.    As to Count V, award up to triple damages, costs, and a reasonable attorney's fee; and

E.    Award such other relief as this Court deems just and appropriate.

**PLAINTIFF CLAIMS A TRIAL BY JURY.**

Respectfully submitted,
Tea 4 USA, LLC.,
Plaintiff,

By its attorney,


Gregory W. Wheeler, BBO #: 669202
Law Office of Gregory W. Wheeler
15 Monument Square, Suite 225
Leominster, MA 01453
(978) 534-0404
greg@gregorywheelerlaw.com

Dated: January 30, 2025

6

Date Filed: 1/30/2025 2:56 PM
District Court Clinton
Docket Number:

| STATEMENT OF DAMAGES<br>G.L. c. 218, § 19A(a) | DOCKET NO.<br>2568CV000017EF | Trial Court of Massachusetts |
|---|---|---|

| PLAINTIFF(s)<br>Tea 4 USA, LLC | DEFENDANT(s)<br>TForce Freight, Inc. et al | DATE FILED<br>January 30, 2025 |
|---|---|---|

**INSTRUCTIONS:** THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT AND BOSTON MUNICIPAL COURT CIVIL ACTIONS SEEKING MONEY DAMAGES.

COURT DIVISION
Clinton District Court

| TORT CLAIMS | AMOUNT |
|---|---|
| A.  Documented medical expenses to date: | |
|    1. Total hospital expenses: . . . . . . . . . . . . . . . . . . . . . . . | $ |
|    2. Total doctor expenses: . . . . . . . . . . . . . . . . . . . . . . | $ |
|    3. Total chiropractic expenses: . . . . . . . . . . . . . . . . . . | $ |
|    4. Total physical therapy expenses: . . . . . . . . . . . . | $ |
|    5. Total other expenses (describe) _____ | $ |
| _____ | |
|                                       SUBTOTAL: | $ |
| B.  Documented lost wages and compensation to date: . . . . . . . . . . . . . | $ |
| C.  Documented property damages to date: . . . . . . . . . . . . . . . . . . . . | $ |
| D.  Reasonably anticipated future medical and hospital expenses: . . . . . . . . . . | $ |
| E.  Reasonable anticipated lost wages: . . . . . . . . . . . . . . . . . . . . . . | $ |
| F.  Other documented items of damage (describe): _____ | $ |
| _____ | |
| G.  Brief description of Plaintiff's injury, including nature and extent of injury:<br>_____<br>_____<br>_____<br>_____ | |
| For this form, disregard double or treble damage claims; indicate single damages only.  **TOTAL:** | $ |

FILED

JAN 30 2025

ATTEST: LEONARD F. TOMAIOLO
CLERK MAGISTRATE
CLINTON DISTRICT COURT

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| ☐ **This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a)** | |
| Provide a detailed description of the claim(s): Failure to ship goods to the correct address, resulting in the theft and loss of goods. | $ |
| | $ |
| _____ | $ |
| For this form, disregard double or treble damage claims; indicate single damages only.  **TOTAL:** | $ 18,666.66 |

| ATTORNEY FOR PLAINTIFF (OR UNREPRESENTED PLAINTIFF) | DEFENDANT'S NAME AND ADDRESS: |
|---|---|
| SIGNATURE            DATE January 30, 2025 | TForce Freight, Inc., c/o Corporation Service Company, 84 State Street, Boston, MA 02109 |
| PRINT OR TYPE NAME Gregory W. Wheeler    669202   B.B.O. # | Globaltranz Enterprises, Inc., c/o Corporation Service Company, |
| ADDRESS 15 Monument Sq., Suite 225, Leominster, MA 01453 | 84 State Street, Boston, MA 02109 |

**CERTIFICATION PURSUANT TO SJC RULE 1:18:** I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney on Record:                           Date: January 30, 2025

12.18